## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

MARK KREISLER,                                     CASE NO: 21-21464-RAM

                                                                        Chapter 13

        Debtor.
_____/

### MOTION FOR ENTRY OF FINAL JUDGMENT

**COMES NOW**, the Record Title Owner/Secured Creditor, ARCPE 1, LLC as assignee of 5AIF MAPLE 2, LLC, ("Movant"), by and through its undersigned counsel, hereby seeks the entry of a Final Judgment against the Debtor, the Debtor's Counsel, and the Debtor's Counsel's Law Firm as more fully set forth below pursuant to this Court's April 22, 2022 Order Sanctioning the Debtor's Counsel (DE #37), and in support thereof, states as follows:

1. On December 28, 2021, the Court entered its Order Dismissing Case with Prejudice, Granting Prospective Relief from Stay and Setting Prehearing Conference and Briefing Deadlines on Request for Sanctions (the "Dismissal Order") [DE# 18] which went unchallenged.

2. The Scheduling Order set a final evidentiary hearing on the Sanctions Request for April 20, 2022.

3. At the start of the April 20, 2022 hearing, the Debtor stipulated to entry of a sanctions award against him in the amount of $79,754.60.

4. The Court awarded sanctions in favor of ARCPE and against the Debtor, Mark Kreisler, in the total amount of $79,754.60.

**JOHN L. PENSON, P.A.**
1900 Sunset Harbour Drive, 2nd Floor Annex, Miami Beach, FL 33139.
Tel: 305- 532-1400; Fax: 305-675-6390

Case No.: 21-21464-RAM

5. By agreement, ARCPE's right to entry of a judgment for the $36,000 portion of the award was deferred until final disposition of an appeal pending in the Third District Court of Appeal, 5725 LaGorce Partners, LLC v. 5AIF Maple 2, LLC, Case No. 3D21-1756.

6. In similar fashion, this Court also found that pursuant to Fed. R. Bankr. P. 9011, the Debtor's attorney, Julio Marrero, Esq. ("Mr. Marrero"), and his law firm, Marrero, Chamizo, Marcer Law, L.P. (the "Marrero Firm") were jointly and severally liable, with the Debtor, for the attorney's fees portion of the sanctions entered in the amount of $23,705.00 subject to the disposition of the Appeal set forth above.

7. That on May 25, 2022, the This District Court of Appeal affirmed the Trial Court order overruling the Debtor's and his Limited Liability Company's Objection to the Jun 4, 2021 foreclosure sale. Exhibit "A."

8. As such, ARCPE hereby seeks the entry of a Final Judgment against the Debtor in the amount of $36,000 and a judgment against Mr. Marrero and the Marrero Firm in the amount of $23,705.00 as Ordered by the Court on April 22, 2022.

WHEREFORE, the Secured Creditor, Movant respectfully requests the entry of a Final Judgment against the Debtor, Mr. Marrero and the Marrero Firm as set forth and consistent with this Court's April 22, 2022 Order (DE #37), and for such further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**JOHN L. PENSON, P.A.**
1900 Sunset Harbour Drive, 2nd Floor Annex, Miami Beach, FL 33139·
Tel: 305- 532-1400; Fax: 305-675-6390

Case No.: 21-21464-RAM

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing the CM/ECF system with the Clerk of Court, which sent email notification of such filing to all CM/ECF participants in this case, and also via U.S. Mail to Marrero, Chamizo, Marcer Law LP, 3850 Bird Road, Coral Gables, FL 33146, Bankruptcy@marrerolawfirm.com, Attorney for *Debtor*, Mark Kreisler; *Trustee,* Nancy K. Neidich, POB 279806, Miramar, FL 33024; *U.S. Trustee.* Office of the US Trustee 51 S.W. 1st Ave. Suite 1204 Miami, FL 33130 on May 31, 2022.

/s/ John L. Penson
John Penson, Esq.
Florida Bar No.:111686
JOHN L. PENSON, P.A.
1900 Sunset Harbour Drive, 2nd Floor Annex
Miami Beach, FL 33139
Primary Email: pensonservice@gmail.com
Secondary Email: john@pensonlaw.org
Telephone:     (305) 532-1400
Facsimile:     (305) 675-6390

3

**JOHN L. PENSON, P.A.**
**1900 Sunset Harbour Drive, 2nd Floor Annex, Miami Beach, FL 33139**
**Tel: 305- 532-1400; Fax: 305-675-6390**

# Exhibit "A"

# Third District Court of Appeal

### State of Florida

Opinion filed May 25, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1756
Lower Tribunal No. 19-5959

_____

**5725 Lagorce Partners, LLC,**
Appellant,

vs.

**5AIF Maple 2 LLC,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Marrero, Chamizo, Marcer Law, LP, and Julio C. Marrero, for appellant.

John L. Penson, P.A., and John L. Penson, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Tanis v. HSBC Bank USA, N.A., 289 So. 3d 517, 522 (Fla. 3d DCA 2019) ("'[I]t is essential that no sale be set aside for trifling reasons, or on account of matters which ought to have been attended to by the complaining party prior thereto,' as appellants were apprised of the pendency of the action, thus afforded an opportunity to object, we ascertain no abuse of discretion in the ruling of the trial court") (quoting Pewabic Mining Co. v. Mason, 145 U.S. 349, 356 (1892)).  See also Volynsky v. Park Tree Invs. 21, LLC, 322 So. 3d 714, 716 (Fla. 3d DCA 2021) ("[T]he trial court afforded Volynsky both notice and a meaningful opportunity to be heard, satisfying the essential elements of due process") (citing § 45.031(8), Fla. Stat. (2021)).